IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MUDALIGE D. SURIYAARATCHIE AND USWATTE L. SURIYAARATCHIE<br><br>PLAINTIFFS,<br><br>v.<br><br>MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITED STATES, ET AL.,<br><br>DEFENDANTS. | Civil Action No.<br><br>1:23-cv-02206-SCJ |

ORDER

Having read and considered Defendants' Unopposed Motion for Enlargement of Time to file a responsive pleading to Plaintiffs' Complaint for Mandamus and Declaratory Relief and for good cause shown, it is hereby ORDERED that Defendants shall be granted an extension of time to file a responsive pleading to Plaintiffs' Complaint for Mandamus and Declaratory Relief through and including October 31, 2023.

So ordered, this 12th day of September, 2023.

                                           s/Steve C. Jones
                                           STEVE C. JONES
                                           UNITED STATES DISTRICT JUDGE