IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MUDALIGE D. SURIYAARATCHIE AND USWATTE L. SURIYAARATCHIE<br><br>PLAINTIFFS,<br><br>v.<br><br>MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITED STATES, ET AL.,<br><br>DEFENDANTS. | Civil Action No.<br><br>1:23-cv-02206-SCJ |

ORDER

Having read and considered Defendants' Second Unopposed Motion for Enlargement of Time to file a responsive pleading to Plaintiffs' Complaint for Mandamus and Declaratory Relief and for good cause shown, it is hereby ORDERED that Defendants shall be granted an extension of time to file a responsive pleading to Plaintiffs' Complaint for Mandamus and Declaratory Relief through and including December 15, 2023.

So ordered, this  26th  day of October, 2023.

 s/Steve C. Jones
STEVE C. JONES

UNITED STATES DISTRICT JUDGE

Presented By:

*/s/ Darcy F. Coty*
DARCY F. COTY
*Assistant United States Attorney*
Georgia Bar No. 259280